IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

-------------------------------------------------------x
In re:                                          :
                                                :    In Chapter 13
    LEAH G. TURNER                  :
                                                :    Bankruptcy No. 15-17432 (JKF)
               Debtor.          :
-------------------------------------------------------x

## PRAECIPE TO WITHDRAW OBJECTION

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to the Proposed Chapter 13 Plan (Document #33) which was filed on May 25, 2016.

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: September 19, 2016        By:   */s/ Megan N. Harper*
                MEGAN N. HARPER
                Deputy City Solicitor
                PA Attorney I.D. 81669
                Attorney for the City of Philadelphia
                And/or Water Revenue Bureau
                City of Philadelphia Law Department
                Municipal Services Building
                1401 JFK Boulevard, 5th Floor
                Philadelphia, PA  19102-1595
                215-686-0503 (phone)
                Email: Megan.Harper@phila.gov