United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 15-17432-jkf
Leah G. Turner                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR            Page 1 of 2              Date Rcvd: Dec 15, 2016
                              Form ID: pdf900         Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2016.
```
db             +Leah G. Turner,    1009 Arrott Street,    Philadelphia, PA 19124-3114
13615364      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13630646        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
13615366       +Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
13615367        City of Phila., Real Estate Tax,    Dept. of Revenue,    P.O. Box 148,
                 Philadelphia, PA 19105-0148
13656386        ECMC,    PO BOX 16408,    ST. PAUL, MN, 55116-0408
13707503       +MidFirst Bank,    999 NW Grand Blvd.,    Suite 100,    Oklahoma City, OK 73118-6051
13615372        Phila Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13621261       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13696946        U.S. Department of Education,    PO Box 16448,    St. Paul, MN  55116-0448
13615376        Water Revenue Bureau,    1401 JFK Blvd.,    Philadelphia, PA 19102-1663
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:37     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 16 2016 02:11:11
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 16 2016 02:11:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:37     City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,     Philadelphia, PA  19102
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2016 02:41:22
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 16 2016 02:12:23     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13705464        E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:36     City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13615368       +E-mail/Text: bankruptcy@phila.gov Dec 16 2016 02:11:36
                 City of Philadelphia- Dept. of Revenue,    Delinquent Real Estate Unit,    1401 JFK Blvd.,
                 Municipal Services Building,    Philadelphia, PA 19102-1617
13700444        E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2016 02:12:02
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13615369       +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 16 2016 02:12:25     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13615370       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 16 2016 02:10:51     PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
13637519       +E-mail/Text: bankruptcygroup@peco-energy.com Dec 16 2016 02:10:51     PECO Energy Company,
                 Attn: Merrick Friel,    2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13631934        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 16 2016 02:40:33
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13615371        E-mail/Text: paul.cressman@phelanhallinan.com Dec 16 2016 02:11:40     Phelan Hallinan, LLP,
                 One Penn Center Plaza,    1617 John F. Kennedy Blvd. Suite 1400,    Philadelphia, PA 19103-1814
13617791        E-mail/PDF: rmscedi@recoverycorp.com Dec 16 2016 02:12:14
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13615373       +E-mail/PDF: pa_dc_claims@navient.com Dec 16 2016 02:12:24     Sallie Mae,    11100 Usa Pkwy,
                 Fishers, IN 46037-9203
13615375       +E-mail/PDF: pa_dc_claims@navient.com Dec 16 2016 02:12:01     Sallie Mae,    Po Box 9655,
                 Wilkes Barre, PA 18773-9655
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13615365*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Cap One,     Po Box 85520,    Richmond, VA 23285)
13615374*      +Sallie Mae,    11100 Usa Pkwy,    Fishers, IN 46037-9203
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2         User: DonnaR              Page 2 of 2               Date Rcvd: Dec 15, 2016
                             Form ID: pdf900           Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 15, 2016 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Citimortgage, INC paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID M. OFFEN    on behalf of Debtor Leah G. Turner dmo160west@gmail.com,  davidoffenecf@gmail.com
              JEROME B. BLANK    on behalf of Creditor    Citimortgage, INC paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Citimortgage, INC paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                                                       Chapter 13

15-17432-JKF          LEAH G. TURNER

           Debtor(s)

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case.  All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty-one (21) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in ¶5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (2) certify that such applications have been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession  to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date:  December 15, 2016**

                                                    **JEAN K. FITZSIMON**
                                                    **U.S. BANKRUPTCY JUDGE**