# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leah G. Turner  | CHAPTER 13
       Debtor(s) |
  | BKY. NO. 15-17432 JKF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 3425

                                   Respectfully submitted,

                                   **/s/Thomas Puleo, Esquire**
                                   Thomas Puleo, Esquire
                                   Brian C. Nicholas, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 825-6306  FAX (215) 825-6406